## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: AMANDA C. ROBERTSON          CASE NO. 17-11346; SEC B
                                                                         CHAPTER 13

### CONSENT ORDER

Considering the hearing scheduled for May 16, 2018 and continued to June 6, 2018 on the Motion for Relief (p.29) filed on behalf of DITECH FINANCIAL LLC ("Creditor") and the agreement between parties:

**IT IS HEREBY ORDERED** that, AMANDA C. ROBERTSON ("Debtor"), has paid to Creditor, $820.80 on February 20, 2018 and $820.80 on April 11, 2018 and $820.80 on May 10, 2018, which has applied to the December 2017 through and including February 2018 post petition payments in the amount of $797.72 each, with $69.24 towards debtor suspense. Per the Motion for Relief, as of February 15, 2018 the debtor had $138.48 in debtor suspense, which leaves a current suspense balance of $207.72. Creditor acknowledges receipt of said payments: $820.80 on February 20, 2018, $820.80 on April 11, 2018 and $820.80 on May 10, 2018.

**IT IS FURTHER ORDERED** that the Debtor shall pay the balance of $2,916.44, which represents March 2018 through and including May 2018 post petition payments in the amount of $797.72 each, less unapplied funds of $207.72, attorney fees and costs of $731.00, by paying in CERTIFIED FUNDS ONLY, five (5) monthly installments in the amount of $486.08 each and one (1) monthly installment in the amount of $486.04, in addition to the regular monthly mortgage payments, beginning June 1, 2018 through and including November 1, 2018.

**IT IS FURTHER ORDERED** that the Debtor shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the June 01, 2018 payment. The regular monthly mortgage payments are subject to change due to the escrow provisions of the note and mortgage.

**IT IS FURTHER ORDERED** that in the event the Debtor fails, to make all payments as required by this consent order or fails to pay any regular monthly mortgage payments thereafter or fails to pay said attorney's fees, all in accordance with this consent order, the Creditor shall be entitled to ex parte relief from the automatic stay, after a fourteen (14) day notice to Debtor and Debtor's Counsel, and upon presentation of an affidavit of an officer or employee of Creditor, or its successors, establishing such default 30 days thereafter. The ex parte relief order will allow Creditor to foreclose immediately on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of 1226 Park Dr, Thibodaux, Louisiana 70301. This order shall survive one (1) year after entry of this order or until this case is otherwise dismissed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 17, 2018.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge

| | |
|---|---|
| DEAN MORRIS, L.L.C. | R. L. Landreneau, Jr. |
| 1820 Avenue of America | Attorney at Law |
| P. O. Box 15270 | 209 Goode Street |
| Monroe, LA 71207-5270 | Suite 204 |
| (318) 388-1440 | Houma, LA 70360 |
| | |
| By: /s/ Jason R. Smith | By: /s/ R. L. Landreneau, Jr. |
| Jason R. Smith (Bar # 34981) | R. L. Landreneau, Jr. (Bar # 7961) |
| Attorneys for Creditor | Attorney for Debtor |